# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02728-LTB

ANDRE BARTON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion (ECF No. 23) is DENIED and the Prisoner Complaint (ECF No. 22) will not be considered because this action is closed.  If Plaintiff wishes to pursue any claims, he must commence a new action.

Dated:  February 6, 2015