**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02728-LTB

ANDRE BARTON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion (ECF No. 27) is DENIED because this action is closed. If Plaintiff wishes to pursue any claims, he must commence a new action.

Dated:  March 13, 2015